**CARL E. ROSTAD**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, Montana 59403-3447
119 First Ave. North, #300
Great Falls, Montana 59401
Phone: (406) 761-7715
FAX: (406) 453-9973

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
BILLINGS DIV.

2006 JUL 24 AM 9 40

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL JOSEPH KENNEDY, Defendant. | CR 06-14-BU-DWM <br><br> **INDICTMENT** <br><br> **LABOR UNION EMBEZZLEMENT** <br> Title 29 U.S.C. § 501(c) <br> (Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) <br><br> **FALSIFICATION OF UNION RECORDS** <br> Title 29 U.S.C. § 439(c) <br> (Penalty: One year imprisonment. $100,000 fine, and one year supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## INTRODUCTION

1. At all times material to this Indictment, Painters Local Union 720, Butte, Montana, was a labor organization engaged in an industry affecting commerce within the meaning of §§ 402(i) and 402(j) of Title 29, United States Code.

2. At all times material to this Indictment, the defendant, MICHAEL JOSEPH KENNEDY, was an officer, that is the Financial-Secretary, of Painters Local Union 720.

## COUNT I

That from on or about October 22, 2003, and continuing until on or about March 22, 2005, at Butte, in the State and District of Montana, the defendant, MICHAEL JOSEPH KENNEDY, while an officer of a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $15,612.81, in violation of 29 U.S.C. § 501(c).

## COUNT II

That from on or about October 22, 2003, and continuing until on or about March 22, 2005, at Butte, in the State and District of Montana, the defendant, MICHAEL JOSEPH KENNEDY, did willfully make and cause to be made a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, the financial books and accounts of Painters Local Union 720, a record on matters required to be reported in the annual financial report of the labor union which is required to be filed with the Secretary of Labor, in violation of 29 U.S.C. § 439(c).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

Crim. Summons __X__
Warrant_____
Bail_____

SUMMONS RETURN ON
8-22-2006 @ 1:30 PM IN
FRONT OF JCL IN MSLA